CHARLES L. ANDERSON, Respondent, v. WILLIAM A. CONWAY, Appellant.— Judgment and order unanimously affirmed, with costs.

LILLIAN E. CASE, as Administratrix, etc., of ALFRED H. CASE, Deceased, Respondent, v. CHARLES LOJBA and Others, Trading as CITY BAKERY and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

THE P. H. & F. M. ROOTS CO., Respondent, v. SIMMONS MACHINE TOOL CORPORATION, Appellant.— Judgment and orders unanimously affirmed, with costs.

ONEIDA RETAIL CREDIT BUREAU, INC., Respondent, v. CARRIE COON, Appellant.— Judgment and order unanimously affirmed, with costs.

WANDER BROS., INC., Appellant, v. ROBIE F. OSBORN, Respondent.— Judgment and order affirmed, by default, on motion of respondent, pursuant to rule 237 of the Rules of Civil Practice, with costs. All concur.

ALICE P. WILKINSON, as Administratrix, etc., of ORRIN DAY WILKINSON, Deceased, Respondent, v. RALPH BOEHM and Others, Appellants.*— Judgment and order affirmed, with costs. All concur, except Hinman, J., dissenting.

F. WHITNEY BAILEY, Respondent, v. HARRY R. SNYDER, Appellant.— Judgment and order unanimously affirmed, with costs.

# FOURTH DEPARTMENT, NOVEMBER, 1931.

JOHN H. CAVANAUGH, an Infant, etc., Respondent, v. PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLIAM J. CAVANAUGH, Respondent, v. PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MABEL OHLQUIST, Respondent, v. CHESTER A. NORDSTROM and Another, Appellants.— Judgment affirmed, with costs. All concur, except Crosby, J., not voting. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of MARY LOUISE NORTON and HERBERT F. J. NORTON, as Executors, etc., of NATHANIEL W. NORTON, Deceased.— Decree and orders affirmed, with costs against Herbert F. J. Norton personally. All concur, except Sears, P. J., not voting. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [139 Misc. 487.]

KAROLINA JARUSZEVICUS, as Executrix, etc., of JONAS BUTKEVICZIUS, Also Known as "JOHN" BUTKEVICZIUS, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

KAROLINA JARUSZEVICUS, as Executrix, etc., of JONAS BUTKEVICZIUS, Also Known as "JOHN" BUTKEVICZIUS, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.